UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,

      Plaintiff,

Case No.: 1:14-cv-330

v.

HONORABLE PAUL L. MALONEY

BRONSON HEALTH CARE
GROUP, INC. Et al.,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 26). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendants' Motion for Judgment on the Pleadings (ECF No. 14) is **GRANTED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants are **DISMISSED**.

Dated:  March 31, 2015

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge