UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KETURAH MIXON,

  Plaintiff,

                Case No. 1:14-cv-330

v.

                HONORABLE PAUL L. MALONEY

BRONSON HEALTH CARE
GROUP, INC., et al.,

  Defendants.
_____/

## JUDGMENT

  Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date: March 31, 2015          /s/ Paul L. Maloney
                    Paul L. Maloney
                    Chief United States District